THE UNITED INVESTMENT COMPANY, A CORPORATION, *et al.,*
*Appellants,* v. T. H. BOGUE, *Appellee.*

Opinion Filed April 14, 1914.

· PER CURIAM.—This cause having been submitted to
the court at a former day of this term upon the tran-
script of the record of the interlocutory order appealed
from and briefs of counsel for the respective parties, and
the record having been seen and inspected, and the court
being now advised of the judgment to be given in the
premises, it seems to the court that there is no error in
the said order; it is therefore considered, ordered and
adjudged by the court that the said interlocutory order
of the Circuit Court be and the same is hereby affirmed.
It is further ordered that the appellee do have and re-
cover from the appellants his costs by him in this behalf
expended, which costs are taxed at the sum of $————
all of which is ordered to be certified to the court below.

Appealed from the Circuit Court for Dade County.